AUGUSTUS F. CADY, Plaintiff in Error,

*vs.*

WILLIAM ANSON, Defendant in Error.

ERROR TO THE MUNICIPAL COURT OF THE CITY OF WATERTOWN.

The records and proceedings of justices of the peace, when jurisdiction is clear, are to be liberally construed.

Appeals are favored, and mere technical defects or omissions are to be disregarded as far as possible without obstructing the course of justice.

ANSON, the defendant in error, sued Cady, the plaintiff in error, before a justice of the peace of the city of Watertown, in an action of trover, and obtained judgment for $100. Cady appealed to the Municipal Court of said city, when the plaintiff below moved to dismiss the appeal, for the reason that there was no affidavit of the defendant or any person for him, that his appeal is made in good faith, &c. The affidavit is as follows, after the venue:

" Augustus F. Cady, of said city and county, being duly sworn upon oath says, that in the case of *William Anson vs. Augustus F. Cady*, tried before Thomas M. Knox, Esq., the appeal is made in good faith, and not for the purpose of delay."

This motion was sustained and the appeal dismissed. The objection to the affidavit was understood to be, that it did not appear that the affiant was the Augustus F. Cady who was the defendant in the suit.

*Williams*, for the plaintiff in error.

*Hall*, for the defendant in error.

*By the Court*, SMITH, J. There can be no doubt that the affidavit for appeal in this case, is sufficient. The records and proceedings before justices of the peace, are to be liberally construed when his jurisdiction is clear, and appeals are to be favored. If the technical criticism here contended for, should prevail, there would be an end to the administration of justice before these tribunals.

The judgment of the court below is reversed, and the cause remanded for further proceedings according to law.